UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEVIN DEE HEATER, et al., )<br>)<br>Defendants. ) | No.: 3:09-cv-253<br>(VARLAN/SHIRLEY) |

## AGREED ORDER

This civil action is before the Court on the Motion for Default Judgment Against Morristown Hamblen Healthcare System [Doc. 14]. The United States of America and Defendant Morristown Hamblen Healthcare System, through their undersigned counsel, hereby agree and stipulate that Morristown Hamblen Healthcare System does not contest the Government's claim that Morristown Hamblen Healthcare System has no interest in the real property consisting of Lots 13 and 14 of the William Charles Thompson Property, as shown by plat of record in Plat Cabinet H Slide 129, Register's Office, Jefferson County, Tennessee.

Furthermore, the Court finds that there is no just reason for delay, and this Agreed Order will therefore constitute a final order pursuant to Federal Rule of Civil Procedure 54(b).

Each party shall be responsible for their own attorneys' fees and costs. To the extent the court taxes court costs, they shall be taxed to Kevin D. Heater.

Entered this 28th day of April, 2010.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

 /s/ Allie C. Yang-Green
Allie C. Yang-Green
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044
Telephone: (202)514-9641
Fax: (202) 514-6866
allie.c.yang-green@usdoj.gov


 /s/ John E. Winters
Warren L. Gooch, BPR # 005533
John E. Winters, BPR # 016345
KRAMER RAYSON LLP
Suite 2500 First Tennessee Plaza
800 S. Gay St.
P.O. Box 629
Knoxville, TN 37901
(865) 525-5134
(865) 521-5857
jwinters@kramer-rayson.com